IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| VARIOUS PLAINTIFFS, | |
| Plaintiffs, | This Document Relates to: **Cases on the attached Exhibit "A"** |
| v. | |
| VARIOUS DEFENDANTS, | |
| Defendants | |

FILED
AUG 29 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

This matter coming to be heard on the plaintiffs' on the attached Exhibit "A" Motion to Dismiss

Actions Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED** that all

defendants in the actions on the attached Exhibit "A" are dismissed without prejudice and without costs.

This dismissal affects only the cases listed on Exhibit "A" and no other asbestos cases these plaintiffs

may have.  AUG 2 8 2012

Date:_____          _____
                                Honorable Eduardo C. Robreno

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**



| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| VARIOUS PLAINTIFFS,<br><br>              Plaintiffs,<br>v.<br>VARIOUS DEFENDANTS,<br><br>              Defendants | This Document Relates to:<br>Cases on the attached Exhibit "A" |

## PLAINTIFFS' MOTION TO DISMISS ACTIONS PURSUANT TO F.R.C.P. 41(A)(2)

Now come the plaintiffs on the attached Exhibit "A", by and through their attorneys, Cascino Vaughan Law Offices, Ltd., and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby files this motion to dismiss these actions in their entirety and without prejudice, and in support thereof states the following:

1. Plaintiffs on the attached Exhibit "A" agree to dismissals without prejudice;

2. Federal Rule of Civil Procedure 41(a)(2) provides for dismissal without prejudice;

WHEREFORE, plaintiffs on the attached Exhibit A pray this Honorable Court enter an order dismissing these cases without prejudice and with each party bearing their own costs.

Respectfully submitted,

By: _____
One of Plaintiff's Attorneys

Dated: August 22, 2012

Allen D. Vaughan
Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600

# Exhibit A

| Last | First | E.D. PA Case No. |
| --- | --- | --- |
| Beck | Ronald | 09-CV-64685 |
| Carver | Jack | 08-CV-90285 |
| Centner | Jerome | 09-CV-60395 |
| Daily | John | 10-CV-69003 |
| Earl | Darnell | 08-CV-91055 |
| Eller | Albert | 10-CV-68941 |
| Evers | Orville | 10-CV-67806 |
| Ferrell | Paul | 08-CV-89885 |
| Fisher | Charles | 09-CV-61807 |
| Fulk | Ralph | 09-CV-64678 |
| Grimes | William | 08-CV-91780 |
| Hammonds | Barry | 08-CV-91347 |
| Harvey | Murl | 08-CV-89457 |
| Jones | Fred | 08-CV-89854 |
| Kowalewsk | Walter | 11-CV-64039 |
| Maiden | Harlan | 09-CV-60274 |
| Mutschler | Richard | 10-CV-61339 |
| Newell | Kenneth | 10-CV-68145 |
| Shotts | Edward | 08-CV-89502 |
| Williams | Bruce | 08-CV-91282 |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Civil Action No.  MDL 875

### CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2012, in accordance with the Court's August 16, 2011, order regarding identical filings in ten or more cases (01-md-875 Doc. No. 8050), I sent the forgoing via Federal Express to Mary Chase of the U.S. District Court for the Eastern District of Pennsylvania Clerk's Office to be filed in and served for each of the cases on the attached Exhibit "A".

A courtesy copy has also been sent via email to:

Chambers_of_Judge_Strawbride@paed.uscourts.gov
Joel_Lang@paed.uscourts.gov
Lauren_A_Fine@paed.uscourts.gov


Kalvin Aldana
MDL Assistant
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
Ph: 312.944.0600
Email: kaldana@cvlo.com


cc via email: All Counsel

Certificate of Service

**MAILED:**

| | | | |
|---|---|---|---|
| AMBER ACHILLES | GREGORY CERULO | JOHN RUSHING | MICHAEL O'ROURKE |
| ANDREW WOLF | J. FITZGERALD | JOMARIE FREDERICKS | MURRAY ABOWITZ |
| BILLEE WARD | J. GASS | JOSEPH O'HARA | PETER HATTON |
| BRUCE KAMPLAIN | JAMES CULHANE | JOSHUA MURPHY | R. MUTH |
| BRUCE MARR | JAMES HICKEY | KENNETH GORENBERG | RICHARD BOLTON |
| C. KOEBELE | JAMES WILLIAMS | KRISTIN ACHTERHOF | RICHARD STEINKEN |
| CHARLES DARGO | JAN DODD | LAURA O'CONNELL | SCOTT KYROUAC |
| DAVID BARTEL | JEFFERY MATTHEWS | LAURE FLANIKEN | STEPHEN KRAVIT |
| DAVID COLLINS | JEFFREY SCHMECKPEP | LIMO CHERIAN | STEVEN CELBA |
| DEAN PANOS | JENNIFER FARDY | MAUREEN KELLY | SUSAN GUNTY |
| DENIS RISCHARD | JEROME KRINGS | MAUREEN MUNRO | TANYA BELL |
| DENNIS DOBBELS | JOEL POOLE | MICHAEL CIESLEWICZ | THOMAS EHRHARDT |
| FRANCIS MORRISSEY | JOHN OSTOJIC | MICHAEL CONNELLY | VANI SINGHAL |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ALLEN VAUGHAN | EDWARD MACCABE | LESLIE OFFERGELD | ROBERT MCCOY |
| AMANDA SUMMERLIN | EDWARD MCCAMBRIDG | LISA DILLMAN | ROBERT RILEY |
| ANDREW DETHERAGE | ERIC CARLSON | MAGGIE NIGRO | ROBERT WILKINSON |
| BASIL DISIPIO | GERMAINE WILLETT | MAJA EATON | ROGER HEIDENREIC |
| BRADLEY BULTMAN | GREGORY COCHRAN | MARGARET FOSTER | RONALD HACK |
| BRIAN WATSON | GREGORY LYONS | MARK BAUMAN | RUSSELL SCOTT |
| BRUCE CLARK | J. BRADLEY | MARK FELDMANN | SANJAY SHIVPURI |
| C. DOUGLAS | JAMES BOYERS | MARY ANN HATCH | SCOTT SIMPKINS |
| CHRISTI JONES | JAMIE YADGAROFF | MARY GAY | SEAN SHEEHAN |
| CHRISTOPHER BANASZAK | JASON KENNEDY | MATTHEW FISCHER | SHAWANE LEE |
| CHRISTOPHER LARSON | JASON RUBIN | MEGAN MURRAY | SHEILA BIRNBAUM |
| CHRISTOPHER LEE | JEFFREY HEBRANK | MICAH INLOW | STEVEN BESHORE |
| CHRISTOPHER WAHL | JENNIFER KALAS | MICHAEL BERGIN | STEVEN KIRSCH |
| CLARE RUSH | JENNIFER STUDEBAKER | MICHAEL CASCINO | STEVEN SCOTT |
| CONNIE POSTELLI | JOHN BABIONE | MICHAEL DENNING | SUSAN MEHRINGER |
| CRAIG LILJESTRAN | JOHN CANONI | MICHAEL DRUMKE | THOMAS CANNON |
| CYNTHIA LOCKE | JOHN FONSTAD | MICHAEL ROSENBERG | THOMAS GILLIGAN |
| DANIEL DONAHUE | JOHN HELLER | MITCHELL MOSER | THOMAS GONZALEZ |
| DANIEL LONG | JOHN WALLER | NICHOLAS NIZAMOFF | THOMAS KERNELL |
| DANIEL MANNA | JONATHAN MATTINGLY | NICOLE BEHNEN | TIMOTHY KAPSHANDY |
| DANIEL MCGRATH | JOSEPH SULLIVAN | OLLIE HARTON | TIMOTHY KRIPPNER |
| DANIEL TRACHTMAN | JOSHUA LEE | PATRICK LAMB | TIMOTHY MURPHY |
| DAVID SETTER | KEITH HAYS | PATRICK STUFFLEBEA | TIMOTHY PAGEL |
| DAVID WILKINS | KENT PLOTNER | PETER MARKS | TIMOTHY PIKE |
| DAVID YBARRA | KEVIN KNIGHT | PETER MCKENNA | TOBIN TAYLOR |
| DENNIS CANTRELL | KIMBERLY SARFF | RAYMOND MODESITT | TREVOR WILL |
| DONALD CARLSON | KIRK HARTLEY | REED SUGG | VIRGINIA GIOKARIS |
| DOUGLAS KING | KNIGHT ANDERSON | RENEE MORTIMER | WALTER WATKINS |
| DOUGLAS PROCHNOW | KURTIS REEG | RICHARD LAUTH | WILLIAM CROKE |
| EDWARD CASMERE | LANCE MUELLER | RICHARD RIEGNER | WILLIAM MAHONEY |
| EDWARD KENNEY | LAURIE RANDOLPH | RICHARD SCHUSTER | WILLIAM SHULTZ |
| | | | WILLIS TRIBLER |

Motion and Order to Dismiss #2 8.29.12.xlsx